**THE THATER LAW GROUP, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Attorney for Plaintiff,
PAUL OPROMOLLO

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL OPROMOLLO, an individual;  )<br>Plaintiff,  )<br>vs.  )<br>  )<br>MANDALAY CORP. d/b/a MANDALAY BAY  )<br> RESORT AND CASINO;  )<br>DOES 1 through 10 inclusive; ROES  )<br>CORPORATIONS/ENTITIES 1 through 10  )<br>inclusive,  )<br>Defendants.  )<br>_____ ) | **CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff Paul Opromollo certifies that, to the best of the knowledge of the undersigned, MANDALAY CORP. D/B/A/ MANDALAY BAY RESPORT AND CASINO, and Plaintiff are the interested parties in this case. Should other parties, whom have an interest in the outcome of this case, come to the attention of the undersigned counsel, prompt notification to the Court will follow.

DATED this 18th day of April, 2017.

**THE THATER LAW GROUP, P.C.**
BY: /s/ M. Lani Esteban-Trinidad
M. LANI ESTEBAN-TRINIDAD
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Attorney for Plaintiff