# AFFIDAVIT OF SERVICE

State of Nevada                County of Clark                United States District Court

Case Number: 2:17-CV-01400-RFB-CWH

Plaintiff:
**MALEK ARDALAN SADRI, an individual;**

vs.

Defendant:
**MANDALAY CORP. dba MANDALAY BAY RESORT, a Nevada corporation; et al.,**

For:
M. Lani Esteban-Trinidad
Thater Law Group, P.C.
6390 West Cheyenne Avenue
Suite A
Las Vegas, NV 89108

Received by Legal Express on the 19th day of May, 2017 at 2:41 pm to be served on **Mandalay Corp. dba Mandalay Bay Resort, Registered Agent, 2215-B Renaissance Drive, Las Vegas, NV 89119**.

I, John Nicholson, being duly sworn, depose and say that on the **23rd day of May, 2017** at **11:11 am, I:**

**SERVED** an authorized entity by delivering a true copy of the **Summons (Document 2), Complaint (Document 1)** to **Frances Gutierrez** as **Customer Service Specialist**, pursuant to NRS 14.020 as a person of suitable age and discretion at the address of the Registered Agent's office.

Said service was made at the address of: **Registered Agent, 2215-B Renaissance Drive, Las Vegas, NV 89119**

Affiant is, and was, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the proceeding in which this affidavit is made.

SIGNED and SWORN TO before me on the 26 day of May, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

HEATHER L. BROOKS
Notary Public-State of Nevada
APPT. NO. 14-15254-1
My App. Expires December 01, 2018

John Nicholson
Process Server

**Legal Express**
Nevada License 999/999a
911 South 1st Street
Las Vegas, NV 89101
(702) 877-0200
Our Job Serial Number: 2017000585

Service Fee: $42.50