HILARY B. MUCKLEROY, ESQ., Bar # 9632
R. CALDER HUNTINGTON, ESQ., Bar # 11996
MGM RESORTS INTERNATIONAL
840 Grier Drive
Las Vegas, NV 89119
Telephone:       702.692.1959
Fax No.:          702.669.4501
Email:    hmuckleroy@mgmresorts.com
              chuntington@mgmresorts.com

Attorneys for Defendant
MANDALAY CORP. dba MANDALAY BAY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALEK ARDALAN SADRI, an individual,<br><br>                        Plaintiff,<br><br>v.<br><br>MANDALAY CORP. dba MANDALAY BAY, a Nevada corporation; DOES 1 through 10 inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>                        Defendants. | **CASE NO.: 2:17-cv-01400-RFB-CWH**<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Mandalay Corp. dba Mandalay Bay ("Defendant" or "Mandalay"), by and through its attorneys of record, and Plaintiff Malek Ardalan Sadri ("Plaintiff" or "Sadri"), by and through his attorney of record, hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint in this matter to and including June 23, 2017.

///

///

This is the first request for an extension. This request is made to allow the parties to engage in good faith settlement communications and to potentially avoid litigation. This stipulation is made in good faith and not for the purposes of delay.

Dated: June 12, 2017

MGM Resorts International                    The Thater Law Group, P.C.


/s R. Calder Huntington                       /s M. Lani Esteban-Trinidad

HILARY B. MUCKLEROY, ESQ.           M. LANI ESTEBAN-TRINIDAD, ESQ.
Nevada Bar No. 9632                        Nevada Bar. No. 6967
R. CALDER HUNTINGTON, ESQ.,           6390 W. Cheyenne Ave., Ste. A
Nevada Bar No. 11996                       Las Vegas, Nevada 89108
840 Grier Drive                           Telephone: (702) 736-5297
Las Vegas, NV 89119                        Fax: (702) 736-5299
Telephone: (702) 692-1959
Fax No.: (702) 669-4501                    *Attorney for Plaintiff Malek Ardalan Sadri*
Email:    hmuckleroy@mgmresorts.com
          chuntington@mgmresorts.com

*Attorneys for Defendant*
*Mandalay Corp. dba Mandalay Bay*




IT IS SO ORDERED

Dated this _____14th_____ day of June 2017



_____

United States ~~District /~~ Magistrate Judge