**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada  89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Email: Lani@thaterlawgroup.com

*Attorney for Plaintiff*
MALEK ARDALAN SADRI

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MALEK ARDALAN SADRI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. dba MANDALAY BAY RESORT,  a Nevada corporation; ROE CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01400-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, 6-2 and 7-1, Plaintiff MALEK ARDALAN SADRI ("Plaintiff") and Defendant MANDALAY CORP. dba MANDALAY BAY RESORT ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsels hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendants Motion to Dismiss (ECF No. 10) up to and including July 20, 2017.

This is the Parties' first request to extend the time for Plaintiff to file a response to Defendants Motion to Dismiss. This request is made to allow Plaintiff's counsel additional time to confer with plaintiff on certain issues including engaging in meaningful settlement negotiations and avoid the

-1-

possibility of trial and lengthy discovery. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 3rd day of July, 2017.                    Dated this 3rd day of July, 2017.

**THE THATER LAW GROUP, P.C.**                 **MGM RESORTS INTERNATIONAL**

BY: /s/ M. Lani Esteban-Trinidad                  BY: /s/ R. Calder Huntington
M. LANI ESTEBAN-TRINIDAD, ESQ.                HILARY B. MUCKLEROY, ESQ.
Nevada Bar No. 006967                             Nevada Bar No. 009632
6390 West Cheyenne Ave., Suite A                  R. CALDER HUNTINGTON, ESQ.
Las Vegas, NV 89108                               Nevada Bar No. 11996
Tel: (702) 736-5297                               840 Grier Drive
Fax: (702) 736-5299                               Las Vegas, NV 89119
                                                  Tel: (702) 692-1959
*Attorney for Plaintiff*                          Fax: (702) 669-4501
MALEK ARDALAN SADRI

*Attorney for Defendant*
MANDALAY CORP. dba MANADLAY BAY

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: _July 6, 2017_____

-2-