1  HILARY B. MUCKLEROY, ESQ., Bar # 9632
   R. CALDER HUNTINGTON, ESQ., Bar # 11996
2  MGM RESORTS INTERNATIONAL
   840 Grier Drive
3  Las Vegas, NV 89119
   Telephone:     702.692.1959
4  Fax No.:        702.669.4501
   Email: hmuckleroy@mgmresorts.com
5           chuntington@mgmresorts.com

6  Attorneys for Defendant
   MANDALAY CORP. dba MANDALAY BAY
7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11  MALEK ARDALAN SADRI, an                 **CASE NO.: 2:17-cv-01400-RFB-CWH**
    individual,
12
                      Plaintiff,
13                                          **STIPULATED DISCOVERY PLAN AND**
    v.                                      **SCHEDULING ORDER**
14
    MANDALAY CORP. dba MANDALAY             **[SUBMITTED IN COMPLIANCE WITH**
15  BAY, a Nevada corporation; DOES 1       **LR 26-1(b)]**
    through 10 inclusive; ROE
16  CORPORATIONS/ENTITIES 1 through
    10, inclusive,
17
18                    Defendants.

19
        Pursuant to Federal Rule of Civil Procedure 26(f), Defendant MANDALAY CORP. and
20
    Plaintiff, MALEK ARDALAN SADRI, through their respective counsel, submit the following
21
    proposed Discovery Plan and Scheduling Order.
22
        (1)    Discovery Cut Off Date.   The parties request a discovery period of one hundred
23
    eighty (180) days from June 22, 2017 the date Defendant MANDALAY CORP.'s Motion to Dismiss
24
    was filed. Therefore, the parties request that the discovery period close on **December 19, 2017**.
25
        (2)    Amending the Pleadings and Adding Parties. The date for filing motions to amend
26
    pleadings or to add parties shall be no later than ninety (90) days prior to the close of discovery:
27
    **September 20, 2017**.
28

(3)   <u>Expert Witness Disclosures</u>.  The disclosure of any expert witnesses shall be made sixty (60) days before the discovery deadline:  **October 20, 2017**. The disclosures of any rebuttal experts shall be due thirty (30) days after the initial disclosures of experts:  **November 20, 2017** [November 19th being a Sunday].

(4)   <u>Dispositive Motions</u>.  Dispositive motions shall be filed not later than thirty (30) days after the discovery cut-off date: **January 18, 2018**.

(5)   <u>Pretrial Order</u>.  The Joint Pretrial Order shall be filed not later than thirty (30) days after the date set for filing dispositive motions: **February 17, 2018**.  However, in the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court.

(6)   <u>Joint Interim Status Report</u>.  The parties shall file a Joint Interim Status Report as required by LR 26-3 no later than **October 20, 2017**.

(7)   <u>Rule 26(a)(3) Disclosures</u>.  The disclosures required by Rule 26(a)(3) and any objection thereto shall be included in the Pretrial Order.

(8)   <u>Rule 26(a)(1) Initial Disclosures</u>. The parties will make their Initial Disclosures on or before **August 9, 2017**.  No changes need to be made in the timing, form of requirements for such disclosures.

(9)   <u>Electronically Stored Information</u>.  The parties are in the process of conferring regarding ESI, including any methods for the disclosure of ESI. The parties will continue to discuss ESI as necessary and will, if necessary, present the Court a form of production order, request a conference with the Court, or present an appropriate Motion regarding such issues under Rule 26.

(10)   <u>Protection of Privileged/Trial Preparation Materials</u>.  At this time, the parties do not anticipate any issues regarding claims of privilege or protection, but reserve the right to assert any such claims in the future.

(11)   <u>Subjects on Which Discovery Will Be Conducted</u>.  The parties are in agreement that discovery will be needed on the Plaintiff's claims, Defendants' denials, and the affirmative defenses raised in the Answer.  No changes should be made on the limitations of discovery imposed under

Federal Rules of Civil Procedure or local rules.

(12)   Alternative Dispute Resolution.   The parties certify that they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.

(13)   Alternative Forms of Case Disposition.   The parties certify they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties do not so consent at this time.

///

///

///

1

2
    (14)   <u>Electronic Evidence</u>.  The parties certify they have discussed whether they intend to

3
present evidence in electronic format to jurors for the purposes of jury deliberations.  Discussions

4
between the parties will be ongoing as the trial date approaches and any electronic evidence will be

5
presented in a format compatible with the court's electronic jury evidence display system.

6
    Discovery does not need to be conducted in phases or limited or focused on particular issues.

7

8

9
MGM Resorts International               The Thater Law Group, P.C.

10

11
/s R. Calder Huntington                /s M. Lani Esteban-Trinidad

12
HILARY B. MUCKLEROY, ESQ.       M. LANI ESTEBAN-TRINIDAD, ESQ.
Nevada Bar No. 9632                Nevada Bar. No. 6967

13
R. CALDER HUNTINGTON, ESQ.,      6390 W. Cheyenne Ave., Ste. A
Nevada Bar No. 11996               Las Vegas, Nevada 89108

14
840 Grier Drive                     Telephone: (702) 736-5297
Las Vegas, NV 89119                Fax: (702) 736-5299

15
Telephone: (702) 692-1959
Fax No.: (702) 669-4501

16
Email:  hmuckleroy@mgmresorts.com     *Attorney for Plaintiff Malek Ardalan Sadri*
        chuntington@mgmresorts.com

17

18
*Attorneys for Defendant*
*Mandalay Corp. dba Mandalay Bay*

19

20

21
IT IS SO ORDERED

22
Dated this _____ day of July 2017

23

24

25
_____

26
United States District / Magistrate Judge

27

28