HILARY B. MUCKLEROY, ESQ., Bar # 9632
R. CALDER HUNTINGTON, ESQ., Bar # 11996
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd, Suite 500
Las Vegas, NV 89118
Telephone:     702.692.1959
Fax No.:          702.669.4501
Email: hmuckleroy@mgmresorts.com
            chuntington@mgmresorts.com

Attorneys for Defendant
MANDALAY CORP. dba MANDALAY BAY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALEK ARDALAN SADRI, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>MANDALAY CORP. dba MANDALAY BAY RESORT, a Nevada corporation; DOES 1 through 10 inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>                    Defendants. | **CASE NO.: 2:17-cv-01400-RFB-CWH**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**NOTICE OF CHANGE OF ADDRESS**

**TO:     ALL PARTIES AND ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that effective immediately the new address of counsel for Defendants is:

6385 S. Rainbow Blvd, Suite 500
Las Vegas, NV 89118

///

///

///

THE PHONE AND FAX NUMBERS REMAIN THE SAME.

Dated: July 18, 2017

           Respectfully submitted,

           /s/ R. Calder Huntington
           HILARY B. MUCKLEROY, ESQ.
           R. CALDER HUNTINGTON, ESQ.

           Attorneys for Defendant
           MANDALAY CORP. dba MANDALAY BAY

## **CERTIFICATE OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 6385 S. Rainbow Blvd, Suite 500, Las Vegas, Nevada, 89118. On July 18, 2017, I served the within document(s):

### **NOTICE OF CHANGE OF ADDRESS**

[X] By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

The Thater Law Group, P.C.
M. Lani Esteban-Trinidad, Esq.
6390 W. Cheyenne Ave. Ste. A
Las Vegas, Nevada 89108
*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2017, at Las Vegas, Nevada.

*Lisa Grossman*
/s
An Employee of MGM Resorts International