HILARY B. MUCKLEROY, ESQ., Bar # 9632
R. CALDER HUNTINGTON, ESQ., Bar # 11996
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone:    702.692.1959
Fax No.:       702.669.4501
Email:    hmuckleroy@mgmresorts.com
              chuntington@mgmresorts.com

Attorneys for Defendant
MANDALAY CORP. dba MANDALAY BAY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALEK ARDALAN SADRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANDALAY CORP. dba MANDALAY BAY, a Nevada corporation; DOES 1 through 10 inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:17-cv-01400-RFB-CWH**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendant Mandalay Corp. dba Mandalay Bay ("Defendant" or "Mandalay"), by and through its attorneys of record, and Plaintiff Malek Ardalan Sadri ("Plaintiff" or "Sadri"), by and through his attorney of record, hereby stipulate to extend the time for Defendant to file its Reply in Support of Defendant's Motion to Dismiss in this matter to and including August 10, 2017.

///

///

This is the first request for an extension regarding this Reply. This request is made to allow the parties to focus their attention on the upcoming Early Neutral Evaluation session to take place on August 1 and engage in good faith settlement communications and to potentially avoid further litigation. This stipulation is made in good faith and not for the purposes of delay.

Dated: July 24, 2017

| MGM Resorts International | The Thater Law Group, P.C. |
|---|---|
| /s R. Calder Huntington | /s M. Lani Esteban-Trinidad |
| HILARY B. MUCKLEROY, ESQ.<br>Nevada Bar No. 9632<br>R. CALDER HUNTINGTON, ESQ.,<br>Nevada Bar No. 11996<br>840 Grier Drive<br>Las Vegas, NV 89119<br>Telephone: (702) 692-1959<br>Fax No.: (702) 669-4501<br>Email:  hmuckleroy@mgmresorts.com<br>            chuntington@mgmresorts.com<br><br>*Attorneys for Defendant*<br>*Mandalay Corp. dba Mandalay Bay* | M. LANI ESTEBAN-TRINIDAD, ESQ.<br>Nevada Bar. No. 6967<br>6390 W. Cheyenne Ave., Ste. A<br>Las Vegas, Nevada 89108<br>Telephone: (702) 736-5297<br>Fax: (702) 736-5299<br><br>*Attorney for Plaintiff Malek Ardalan Sadri* |

IT IS SO ORDERED

Dated this  25th  day of July 2017

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge