1  HILARY B. MUCKLEROY, ESQ., Bar # 9632
   R. CALDER HUNTINGTON, ESQ., Bar # 11996
2  MGM RESORTS INTERNATIONAL
   6385 S. Rainbow Blvd, Suite 500
3  Las Vegas, NV 89118
   Telephone:   (702) 692.1959
4  Fax No.:     (702) 669.4501
   Email: hmuckleroy@mgmresorts.com
5         chuntington@mgmresorts.com

6  Attorneys for Defendant
   MANDALAY CORP. dba MANDALAY BAY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALEK ARDALAN SADRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANDALAY CORP. dba MANDALAY BAY RESORT, a Nevada corporation; DOES 1 through 10 inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:17-cv-01400-RFB-CWH**<br><br>**[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Mandalay Corp. dba Mandalay Bay ("Defendant" or "Mandalay"), by and through its attorneys of record, and Plaintiff Malek Ardalan Sadri ("Plaintiff" or "Sadri"), by and through his attorney of record, hereby stipulate and agree to the dismissal of this action by Plaintiff against Defendant with prejudice. This stipulation is intended to dismiss all claims against Defendant that were brought or could have been brought by Plaintiff in this action.

///

///

///

Plaintiff and Defendant will each bear their own respective costs and attorney fees. All appearing parties have signed this Stipulation. No trial date has been set on this case.

| | |
|---|---|
| MGM Resorts International | The Thater Law Group, P.C. |
| /s R. Calder Huntington | /s M. Lani Esteban-Trinidad |
| HILARY B. MUCKLEROY, ESQ.<br>Nevada Bar No. 9632<br>R. CALDER HUNTINGTON, ESQ.,<br>Nevada Bar No. 11996<br>6385 S. Rainbow Blvd, Suite 500<br>Las Vegas, NV 89118<br>Telephone: (702) 692-1959<br>Fax No.: (702) 669-4501<br>Email: hmuckleroy@mgmresorts.com<br>chuntington@mgmresorts.com<br><br>*Attorneys for Defendant*<br>*Mandalay Corp. dba Mandalay Bay* | M. LANI ESTEBAN-TRINIDAD, ESQ.<br>Nevada Bar. No. 6967<br>6390 W. Cheyenne Ave., Ste. A<br>Las Vegas, Nevada 89108<br>Telephone: (702) 736-5297<br>Fax: (702) 736-5299<br><br>*Attorney for Plaintiff Malek Ardalan Sadri* |

IT IS SO ORDERED

Dated this  18th   day of August 2017

_____
 RICHARD F. BOULWARE, II
 United States District Judge